| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Marie-Ann Greenberg MAG-1284**<br>**Chapter 13 Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840** | <br>Order Filed on July 25, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>  GRACE A. MOORE<br>  EDWIN A. MOORE | Case No.:  17-16155VFP<br><br>Hearing Date:  7/20/2017<br><br>Judge:  VINCENT F. PAPALIA |

**INTERIM ORDER ON CONFIRMATION HEARING**

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: July 25, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s):  GRACE A. MOORE
            EDWIN A. MOORE

Case No.:  17-16155VFP

Caption of Order:     INTERIM ORDER ON CONFIRMATION HEARING

---

THIS MATTER having been scheduled before the Court on 07/20/2017 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that debtor shall file a Motion to Impose the Automatic Stay within 7 days of the entry of this Order; and it is further

- ORDERED, that debtor shall provide the Chapter 13 Standing Trustee with all required documentation to conduct a 341 Hearing within 14 days of the entry of this Order; and it is further

- ORDERED, that notwithstanding the previous paragraph, if the Chapter 13 Trustee is unable to conduct a 341 Hearing within 21 days of the entry of this Order, the case shall be subject to dismissal; and it is further

- ORDERED, that upon any default by debtor under the terms of this Order, the Chapter 13 Trustee may submit an Order Dismissing this Case upon 7 days notice to Debtor's Counsel; and it is further

- ORDERED, that that the Confirmation Hearing shall be adjourned to September 7, 2017 at 10:00 a.m.