UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840

Order Filed on July 25, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

GRACE A. MOORE
EDWIN A. MOORE

Case No.:  17-16155VFP

Hearing Date:  7/20/2017

Judge:  VINCENT F. PAPALIA

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: July 25, 2017

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Debtor(s):  GRACE A. MOORE
            EDWIN A. MOORE

Case No.: 17-16155VFP

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

---

THIS MATTER having been scheduled before the Court on 07/20/2017 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that debtor shall file a Motion to Impose the Automatic Stay within 7 days of the entry of this Order; and it is further

- ORDERED, that debtor shall provide the Chapter 13 Standing Trustee with all required documentation to conduct a 341 Hearing within 14 days of the entry of this Order; and it is further

- ORDERED, that notwithstanding the previous paragraph, if the Chapter 13 Trustee is unable to conduct a 341 Hearing within 21 days of the entry of this Order, the case shall be subject to dismissal; and it is further

- ORDERED, that upon any default by debtor under the terms of this Order, the Chapter 13 Trustee may submit an Order Dismissing this Case upon 7 days notice to Debtor's Counsel; and it is further

- ORDERED, that that the Confirmation Hearing shall be adjourned to September 7, 2017 at 10:00 a.m.

United States Bankruptcy Court
District of New Jersey

In re:  
Grace A. Moore  
Edwin A. Moore  
    Debtors

Case No. 17-16155-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 25, 2017  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2017.  
db/jdb       Grace A. Moore,   Edwin A. Moore,   2714 Parkway Ave,   Linden, NJ  07036-3546

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2017 at the address(es) listed below:

            Denise E. Carlon   on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
            Edward Nathan Vaisman   on behalf of Debtor Grace A. Moore defensecounsel@optonline.net, G20495@notify.cincompass.com  
            Edward Nathan Vaisman   on behalf of Joint Debtor Edwin A. Moore defensecounsel@optonline.net, G20495@notify.cincompass.com  
            Marie-Ann Greenberg    magecf@magtrustee.com  
            U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                         TOTAL: 5