Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  17−16155−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Grace A. Moore | Edwin A. Moore |
| 2714 Parkway Ave | 2714 Parkway Ave |
| Linden, NJ 07036−3546 | Linden, NJ 07036−3546 |

Social Security No.:
  xxx−xx−5519                                xxx−xx−6753

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on August 30, 2017.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 30, 2017
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-16155-VFP
Grace A. Moore                                                            Chapter 13
Edwin A. Moore
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Aug 30, 2017
                              Form ID: 148         Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2017.
db/jdb         Grace A. Moore,   Edwin A. Moore,   2714 Parkway Ave,   Linden, NJ  07036-3546
516786478     +AmeriFinacial Solutions, Inc.,   PO Box 7,   Vassar, MI 48768-0007
516730989      Amerisol,   PO Box 7,   Vassar, MI  48768-0007
516730990     +Avante,   3600 S Gessner Rd,   Houston, TX 77063-5357
516730991      Caine & Weiner,   PO Box 5010,   Woodland Hills, CA  91365-5010
516730992      Cb Lancaster,   218 W Orange St,   Lancaster, PA  17603-3746
516730993    ++++DITECH FINANCIAL LLC,   332 MINNESOTA ST STE E610,   SAINT PAUL MN  55101-1311
               (address filed with court:  Ditech Financial LLC,   332 Minnesota St Ste 610,
               Saint Paul, MN  55101-7707)
516961555      Department Store National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
               Kirkland, WA  98083-0657
516730995      Fed Loan Serv,   PO Box 60610,   Harrisburg, PA  17106-0610
516811718     +Motion Federal Credit Union,   c/o Peter J. Liska, LLC,   766 Shrewsbury Ave.,
               Tinton Falls, NJ 07724-3001
516730997      Motion Federal Cu,   360 N Wood Ave,   Linden, NJ  07036-4222
516730998    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court:  Nj Division Of Taxation,   Pob 245 Bankruptcy Section,
               Trenton, NJ  08695)
516731000     +State Of Nj Div Of Taxation,   1828 West Lake Ave,   Neptune, NJ 07753-4663
516771714      U.S. Department of Education,   C/O FedLoan Servicing,   P.O. Box 69184,
               Harrisburg, PA  17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 30 2017 23:12:20     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 30 2017 23:12:18     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr            +EDI: ATLASACQU.COM Aug 30 2017 22:53:00     ATLAS ACQUISITIONS LLC,   294 Union St.,
               Attn: Avi Schild,   Hackensack, NJ 07601-4303
cr            +EDI: RMSC.COM Aug 30 2017 22:53:00     Synchrony Bank c/o PRA Receivables Management, LLC,
               PO BOX 41021,   Norfolk, VA 23541-1021
516730988      E-mail/Text: seinhorn@ars-llc.biz Aug 30 2017 23:12:55     Ablty Recvry,   PO Box 4031,
               Wyoming, PA  18644-0031
516803772     +EDI: ATLASACQU.COM Aug 30 2017 22:53:00     Atlas Acquisitions LLC,   294 Union St.,
               Hackensack, NJ 07601-4303
516962035     +E-mail/Text: bankruptcy@cavps.com Aug 30 2017 23:12:32     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
516853625      E-mail/Text: bankruptcy.bnc@ditech.com Aug 30 2017 23:12:08
               Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
               Rapid City, South Dakota 57709-6154
516730994      EDI: TSYS2.COM Aug 30 2017 22:53:00     Dsnb Macys,   PO Box 8218,   Mason, OH  45040-8218
516730996      EDI: IRS.COM Aug 30 2017 22:53:00     Internal Revenue Service,   POB 7346,
               Philadelphia, PA  19101-7346
516966713      EDI: PRA.COM Aug 30 2017 22:53:00     Portfolio Recovery Associates, LLC,
               c/o Sears Mastercard,   POB 41067,   Norfolk VA 23541
516730999      EDI: SEARS.COM Aug 30 2017 22:53:00     Sears/Cbna,   PO Box 6282,
               Sioux Falls, SD  57117-6282
516731002      EDI: RMSC.COM Aug 30 2017 22:53:00     Syncb/Sams Club,   PO Box 965005,
               Orlando, FL  32896-5005
516731001      EDI: RMSC.COM Aug 30 2017 22:53:00     Syncb/amazon,   PO Box 965015,   Orlando, FL  32896-5015
516731003      EDI: RMSC.COM Aug 30 2017 22:53:00     Syncb/toysrus,   PO Box 965005,
               Orlando, FL  32896-5005
516734366     +EDI: RMSC.COM Aug 30 2017 22:53:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
516865911     +EDI: AIS.COM Aug 30 2017 22:53:00     Verizon,   by American InfoSource LP as agent,
               4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
516731004      EDI: BLUESTEM Aug 30 2017 22:53:00     Webbank/fingerhut,   6250 Ridgewood Rd,
               Saint Cloud, MN  56303-0820
                                                                            TOTAL: 18


         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516753378*   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,   Division of Taxation,   Bankruptcy Section,
               PO Box 245,   Trenton, NJ 08695-0245)
                                                                            TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin            Page 2 of 2             Date Rcvd: Aug 30, 2017
                              Form ID: 148            Total Noticed: 32
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2017                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Edward Nathan Vaisman    on behalf of Debtor Grace A. Moore defensecounsel@optonline.net,
           G20495@notify.cincompass.com
          Edward Nathan Vaisman    on behalf of Joint Debtor Edwin A. Moore defensecounsel@optonline.net,
           G20495@notify.cincompass.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                             TOTAL: 5
```