Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 17−16155−VFP
> Chapter: 13
> Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Grace A. Moore | Edwin A. Moore |
| 2714 Parkway Ave | 2714 Parkway Ave |
| Linden, NJ 07036−3546 | Linden, NJ 07036−3546 |

Social Security No.:
  xxx−xx−5519                                    xxx−xx−6753

Employer's Tax I.D. No.:

---

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 13, 2017</u>        <u>Vincent F. Papalia</u>
                                        Judge, United States Bankruptcy Court